

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: Filing of Documents that Exceed Twenty-Five Pages

Case No. _____/

## STANDING ORDER

In order to facilitate the Court's review of certain documents, the parties shall submit to chambers a courtesy copy of any document filed electronically in Judge Elizabeth A. Kovachevich's assigned civil cases (Judge Number 17) if the document exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be submitted simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby **ORDERED**:

1. A party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to Judge Elizabeth A. Kovachevich's chambers. **The document(s) shall be submitted in an envelope clearly marked on the front of the envelope, "Courtesy Copy of Document ___ in Case Number _____."**

2. In order to implement this requirement, the Clerk of the Court is directed to file this Standing Order in every pending and every new civil case filed in the Tampa Division assigned to Judge Elizabeth A. Kovachevich until further notice. If the case is a pending civil case, and is not covered under paragraph 3 below, the parties are required to submit courtesy copies only of future filings that exceed twenty-five (25) pages (including exhibits) in length.

3. If the pending civil case is assigned to Judge Kovachevich and has been assigned one of the following Nature of Suit codes: 510, 530, 535, 540, 550 and 555, the parties are required to submit courtesy copies of previous and future electronic filings that exceed twenty-five (25) pages (including exhibits) in length.

4. This Standing Order is not applicable to criminal cases.

DONE and ORDERED at Tampa, Florida, on July 15th, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

-2-